

ONE RIVERFRONT PLAZA
1037 Raymond Blvd., Suite 600
Newark, NJ 07102
T: 973.757.1100
F: 973.757.1090
**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

November 9, 2018

<u>**VIA ECF AND USPS**</u>

Honorable Brian R. Martinotti, U.S.D.J.
United States District Court District of New Jersey
402 East State Street
Trenton, NJ 08608

    Re:    ***Chubb INA Holdings Inc., et al. v. Chang, et al.***
               Civil Action No. 16-2354 (BRM)(DEA)

Dear Judge Martinotti:

    We represent Plaintiffs Chubb INA Holdings Inc. and Federal Insurance Company (collectively "Plaintiffs" or "Chubb") in this action. On behalf of the parties, enclosed please find an executed Stipulation and Order of Dismissal with Prejudice. Should the enclosed Stipulation and proposed form of Order meet with Your Honor's approval, we respectfully request that Your Honor endorse it and have it entered on the docket.

    We thank the Court for its attention to this matter and are available should the Court have any questions regarding the within.

                                      Respectfully submitted,

                                      *s/ Liza M. Walsh*

                                      Liza M. Walsh

cc: All Counsel of Record via ECF and Email