**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CHUBB INA HOLDINGS INC. (f/k/a THE CHUBB CORPORATION) and FEDERAL INSURANCE COMPANY,<br><br>*Plaintiffs*,<br>v.<br><br>MICHAEL CHANG, BENTLEY BETTS, DARYL DUBROVICH, IONEL RIZEA, BARBARA FRARE, JASON DOCKERY, NILO ENRIQUEZ, JOSEPH PILLION III, ENDURANCE SERVICES LIMITED, ENDURANCE SPECIALTY HOLDINGS LTD. and ENDURANCE ASSURANCE CORPORATION,<br><br>*Defendants.* | Case No. 3:16-cv-02354-BRM-DEA<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**<br><br>*Electronically Filed* |
| ENDURANCE ASSURANCE CORPORATION and ENDURANCE SERVICES LIMITED,<br><br>*Counterclaim-Plaintiffs*,<br>v.<br><br>CHUBB INA HOLDINGS INC. and FEDERAL INSURANCE COMPANY,<br><br>*Counterclaim-Defendants.* | |

Chubb INA Holdings Inc. (f/k/a The Chubb Corporation) and Federal Insurance Company (collectively "Chubb") and Michael Chang, Bentley Betts, Daryl Dubrovich, Ionel Rizea, Barbara Frare, Jason Dockery, Nilo Enriquez, Joseph Pillion III, Endurance Services Limited, Endurance Specialty Holdings Ltd., and Endurance Assurance Corporation (collectively "Defendants"), by and through their undersigned counsel, hereby stipulate as follows:

1. All claims, counterclaims, and defenses asserted, as well as all claims, counterclaims, and defenses that could have been asserted, by any of the undersigned parties

12

against any other undersigned party, in the above-captioned action, are dismissed with prejudice and without admission of liability by any party; and

    2.    Each party shall bear its own costs and fees, including attorneys' fees.

IT IS SO ORDERED on this _____ day of _____, 2018

_____
HONORABLE BRIAN R. MARTINOTTI, U.S.D.J.

The undersigned counsel hereby stipulate and consent to the entry of the within Order.

*s/ Liza M. Walsh*

WALSH PIZZI O'REILLY FALANGA LLP
Liza M. Walsh
Peter J. Pizzi
Selina M. Ellis
Caitlin P. Cascino
One Riverfront Plaza
1037 Raymond Blvd., Suite 600
Newark, NJ 07102
Tel: (973) 757-1100
lwalsh@walsh.law
ppizzi@walsh.law
sellis@walsh.law
ccascino@walsh.law

*Counsel for Plaintiffs*

Dated: November 9, 2018

*John W. Bartlett*

MURPHY ORLANDO LLC
Jason F. Orlando
John Bartlett
30 Montgomery Street, 11th Floor
Jersey City, New Jersey 07302
Tel: (201) 451-5000
jorlando@murphyorlando.com
jbartlett@murphyorlando.com

PROSKAUER ROSE LLP
Catherine I.R. Pontoriero
One Newark Center
Newark, NJ 07102
Tel: (973) 274-3285
Fax: (973) 274-3299
cpontoriero@proskauer.com
Steven M. Kayman (*pro hac vice*)
Elise A. Yablonski (*pro hac vice*)
Tiffany M. Woo (*pro hac vice*)
11 Times Square
New York, NY 10036-8299
Tel: (212) 969-3000
skayman@proskauer.com
eyablonski@proskauer.com
twoo@proskauer.com

*Counsel for Defendants*

Dated: November 7, 2018

13