UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

RECEIVED
NOV - 9 2018
AT 8:30
WILLIAM T. WALSH —M
CLERK

| | |
|---|---|
| CHUBB INA HOLDINGS INC. (f/k/a THE CHUBB CORPORATION) and FEDERAL INSURANCE COMPANY,<br><br>      *Plaintiffs*,<br>v.<br><br>MICHAEL CHANG, BENTLEY BETTS, DARYL DUBROVICH, IONEL RIZEA, BARBARA FRARE, JASON DOCKERY, NILO ENRIQUEZ, JOSEPH PILLION III, ENDURANCE SERVICES LIMITED, ENDURANCE SPECIALTY HOLDINGS LTD. and ENDURANCE ASSURANCE CORPORATION,<br><br>      *Defendants*. | Case No. 3:16-cv-02354-BRM-DEA<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**<br><br>*Electronically Filed* |
| ENDURANCE ASSURANCE CORPORATION and ENDURANCE SERVICES LIMITED,<br><br>      *Counterclaim-Plaintiffs*,<br>v.<br><br>CHUBB INA HOLDINGS INC. and FEDERAL INSURANCE COMPANY,<br><br>      *Counterclaim-Defendants*. | |

    Chubb INA Holdings Inc. (f/k/a The Chubb Corporation) and Federal Insurance Company (collectively "Chubb") and Michael Chang, Bentley Betts, Daryl Dubrovich, Ionel Rizea, Barbara Frare, Jason Dockery, Nilo Enriquez, Joseph Pillion III, Endurance Services Limited, Endurance Specialty Holdings Ltd., and Endurance Assurance Corporation (collectively "Defendants"), by and through their undersigned counsel, hereby stipulate as follows:

    1.    All claims, counterclaims, and defenses asserted, as well as all claims, counterclaims, and defenses that could have been asserted, by any of the undersigned parties

12

against any other undersigned party, in the above-captioned action, are dismissed with prejudice and without admission of liability by any party; and

2. Each party shall bear its own costs and fees, including attorneys' fees.

IT IS SO ORDERED on this 9th day of November, 2018

_____
HONORABLE BRIAN R. MARTINOTTI, U.S.D.J.

The undersigned counsel hereby stipulate and consent to the entry of the within Order.

| *s/ Liza M. Walsh* | *John W. Bartlett* |
|---|---|
| WALSH PIZZI O'REILLY FALANGA LLP | MURPHY ORLANDO LLC |
| Liza M. Walsh | Jason F. Orlando |
| Peter J. Pizzi | John Bartlett |
| Selina M. Ellis | 30 Montgomery Street, 11th Floor |
| Caitlin P. Cascino | Jersey City, New Jersey 07302 |
| One Riverfront Plaza | Tel: (201) 451-5000 |
| 1037 Raymond Blvd., Suite 600 | jorlando@murphyorlando.com |
| Newark, NJ 07102 | jbartlett@murphyorlando.com |
| Tel: (973) 757-1100 | |
| lwalsh@walsh.law | PROSKAUER ROSE LLP |
| ppizzi@walsh.law | Catherine I.R. Pontoriero |
| sellis@walsh.law | One Newark Center |
| ccascino@walsh.law | Newark, NJ 07102 |
| | Tel: (973) 274-3285 |
| *Counsel for Plaintiffs* | Fax: (973) 274-3299 |
| | cpontoriero@proskauer.com |
| Dated: November 9, 2018 | Steven M. Kayman (*pro hac vice*) |
| | Elise A. Yablonski (*pro hac vice*) |
| | Tiffany M. Woo (*pro hac vice*) |
| | 11 Times Square |
| | New York, NY 10036-8299 |
| | Tel: (212) 969-3000 |
| | skayman@proskauer.com |
| | eyablonski@proskauer.com |
| | twoo@proskauer.com |
| | |
| | *Counsel for Defendants* |
| | |
| | Dated: November 7, 2018 |

13